ALEX M. HAMBURG, Respondent, v. JOHN BAUER, Appellant.— Motions for reargument or for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

In the Matter of the Application of the BROOKLYN EDISON COMPANY, INC., Respondent, for a Peremptory Order of Mandamus Directed to CHARLES L. CRAIG, Comptroller of the City of New York and Others, Appellants.— Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

In the Matter of the Application of the CITY OF MOUNT VERNON, Respondent, to Acquire Title to Lands of NEW YORK STATE REALTY AND TERMINAL COMPANY and Others, Appellants.— Motions for reargument or for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

In the Matter of the Application of THE CITY OF NEW YORK for a Writ of Certiorari Directed to DEDERICK H. KNAPP and Others, as Assessors of the Tax District Composed of the Town of Kent, Putnam County, New York. Taxes of 1916.— Motions for reargument or for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

In the Matter of the Petition of the COUNTY OF QUEENS, Plaintiff, Relative to the Acquiring of the Road, Turnpike or Highway Formerly Known as the Brooklyn and Jamaica Turnpike Road, etc.— Motions for reargument or for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

In the Matter of the Application of MAURICE WILLIAM GRADY to Determine and Enforce a Lien upon a Certain Cause of Action, etc. JOHANNA FITZGERALD, Respondent, v. JAMES J. SNOMILA and Others, Appellants.— Motion to dismiss appeal denied on condition that appellants perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

In the Matter of the Application of CLARENCE W. HOBBS for Admission to the Bar. (From the State of Massachusetts.) — Application granted. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

In the Matter of the Application of ARTHUR C. HOUGHTON for Admission to the Bar. (From the State of Maine.)— Application granted. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

In the Matter of the Estate of GEORGE W. PARSONS, Deceased.—Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.